UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TIERNEY, TIMOTHY J. | ) | Case No. 07-00665-BHC RJH |
| TIERNEY, JEANNE L. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

    WILLIAM E. PIERCE, Trustee, reports that the following dividend check has been issued and returned as non-deliverable.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 106 | 02/18/10 | GAIL KELLER<br>C/O SECURITY POSTAL SYSTEMS<br>30805 S NEEDLES HWY, SUITE 2700<br>LAUGHLIN, NV 89029 | $124.61 |

    The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $124.61 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| March 24, 2010 | /s/William E. Pierce |
| DATE | WILLIAM E. PIERCE, TRUSTEE |